# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ALEXSAM, INC.,**  Plaintiff,  v.  **SIMON PROPERTY GROUP, L.P.,**  Defendant. | No. 2:19-CV-00331-JRG |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DEADLINE TO JOIN ADDITIONAL PARTIES

Before this Court is Defendant Simon Property Group, L.P.'s ("SPG") unopposed motion to continue the deadline to join additional parties by three weeks, from May 25, 2020 to June 15, 2020. Having considered the Motion, the Court finds that the Motion has merit and should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline to join additional parties is June 15, 2020.