## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **ALEXSAM, INC.,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.  2:19-CV-00331-JRG** |
| **SIMON PROPERTY GROUP (TEXAS),** | § | |
| **L.P.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER

Before the Court is Defendant Simon Property Group, L.P.'s Unopposed Motion to Continue Deadline to Join Additional Parties (the "Motion").  (Dkt. No. 28.)  Having considered the Motion and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**.  It is therefore **ORDERED** that the deadline to join additional parties is extended up to and including June 15, 2020.

   **So ORDERED and SIGNED this 22nd day of May, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE